UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JANE DOE ) | |
|     Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:24-CV-507-FL |
| WAKEMED CHILDREN'S HOSPITAL ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on April 1, 2025, and for the reasons set forth more specifically therein, that Plaintiff's action on behalf of her daughter is DISMISSED WITHOUT PREJUDICE, and plaintiff's action on her own behalf is DISMISSED, as set forth in the M&R, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on April 1, 2025, and Copies To:**
Jane Doe (via U.S. Mail) 222 Trailing Oak Trail, Clayton, NC 27527


April 1, 2025                                      PETER A. MOORE, JR. CLERK

                                                                   /s/ Sandra K. Collins
                                                                   (By) Sandra K. Collins, Deputy Clerk